

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-22-00700-CR, 04-22-00701-CR, 04-22-00705-CR, 04-22-00706-CR

Jose Alberto **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR13110, 2018CR13111, 2018CR13112, 2018CR13113
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS,[1] AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 29, 2024.

_____
Patricia O. Alvarez, Justice

---

[1] concurring in the judgment without opinion